

RECEIVED

JAN 0 3 2000

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01 , 04 , 00
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, PLAINTIFF | \* \* \* \* | CIVIL ACTION NO. 98-1225 |
| V. | \* \* | JUDGE WALTER |
| FORMALS, ETC., DEFENDANT | \* \* \* | MAGISTRATE PAYNE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT DECREE

On July 6, 1998 the Equal Employment Opportunity Commission ("the Commission") instituted Civil Action Number 98-1225 in the United States District Court for the Western District of Louisiana, charging Defendant Formals, Etc. ("Formals"), with violation of Section 703 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)(1) and (2) ("Title VII"), alleging that Formals discriminated against Ms. Karen Wilson by denying her a promotion and by discharging her on the basis of her race, black.

The Commission and Formals now wish to resolve all claims and controversies encompassed by this lawsuit without the burden, expense or delay of further litigation, subject, however, to the approval of this Court.



**THEREFORE, IT IS HEREBY AGREED BETWEEN THE COMMISSION AND FORMALS AND ORDERED, ADJUDGED, AND DECREED** that:

1.  This Court has jurisdiction over the subject matter of this lawsuit and over the parties to this lawsuit.

2.  The purposes of Title VII will be furthered by the entry of this Decree, the terms of which constitute a fair and equitable settlement.

3.  The negotiation, execution and entry of this Decree will resolve any and all claims of the Title VII violations brought by the Commission against Formals arising out of Commission Charge Number 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 and this lawsuit, Civil Action Number 98-1225.

4.  Within thirty (30) days after the entry of this Decree Formals shall pay the sum of $ 12,000.00  ("TWELVE THOUSAND DOLLARS") as damages to Karen Wilson in return for a dismissal of this suit, Civil Action Number 98-1225.

5.  Neither the negotiation, execution nor entry of this Decree shall constitute an acknowledgment or admission of any kind by Formals, that its officers, agents or employees have violated or have not been in compliance with Title VII or with any other applicable law, regulation or order.

6.  This Decree relates only to the alleged Title VII  violations raised or which could have been raised against Formals in EEOC Charge Number 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 and Civil Action Number 98-1225, filed by the Commission against Formals  in the United States District Court for the Western District of Louisiana on July 6, 1998.  It is expressly acknowledged and agreed by the parties that this Decree does not relate to any other Commission charges.

2

7.    Formals agrees to comply with all requirements of Title VII. Formals agrees not to discriminate on the basis of race in all phases of employment, including recruitment, application, testing, job assignment, promotion, training, and all terms, conditions or privileges of employment. Formals agrees not to discriminate or retaliate against any person because of opposition to any practice declared unlawful under the Title VII, or because of the filing of a charge, giving of testimony or assistance; or because of participation in any manner in any investigation, proceeding, or hearing under the Title VII.

8.    Formals agrees to conduct, for the duration of this decree, an annual in-house training program on Title VII for all its owners, managers, supervisors, and employees, with a specific focus on lawful treatment of minority employees. The initial training program shall be conducted within six (6) months from the entry of this Consent Decree. Six (6) months from the entry of this Consent Decree Formals or its counsel will report to the Commission's New Orleans District Office all Title VII training that it provided to its owners, managers, supervisors, and employees. This report will include the date training occurred, the names and positions of those who attended the training, and a summary of the subject matter covered during the training session.

9.    In accordance with federal anti-discrimination laws that are enforced by the Commission, Formals agrees to post conspicuously the Commission's poster entitled: "Equal Employment Opportunity Is The Law" in prominent and accessible places, where it can be readily observed by employees and applicants for employment with Formals, in all stores that Formals owns and operates within the state of Louisiana.

3

10.     Formals further agrees to post, within 30 days from entry of this Consent Decree, a notice that details Title VII's prohibitions against race discrimination in a prominent and accessible place, where it can be readily observed by employees and applicants for employment with Formals at its Shreveport store.  Prior to execution of this Decree, counsel for Formals has provided Commission counsel with a copy of the notice that Formals will post in compliance with this paragraph for the duration of this Decree and that Commission counsel has approved prior to execution of this Decree.  That notice is attached to the Consent Decree as Exhibit "A".

11.     Formals agrees to send to Commission counsel a copy of its current policy prohibiting race discrimination.  In the event that Formals does not yet have such a policy, then it will create, implement and send a copy of such policy to Commission counsel within sixty (60) days from the entry of this Decree.   Additionally, Formals shall disseminate such policy to all of its employees; and it shall certify to Commission counsel that it has disseminated such policy to all of its employees within sixty (60) days from the entry of this Decree.

12.     This Consent Decree shall remain in force for three years after the date of entry of this Decree.

13.     Should any provision of this Decree be declared or be determined by any Court to be illegal or invalid, the validity of the remaining parts, terms and provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be a part of this Decree.

14.     The Commission and Formals will each bear its own attorneys' fees and costs incurred in connection with the litigation of this lawsuit.

4

15.     This Court shall retain jurisdiction over this action for the purpose of enforcing this Decree, if necessary; and either party is empowered to enforce this Decree through the applicable judicial enforcement procedures.

16.     This Decree sets forth the entire agreement between the Commission and Formals, and it fully supersedes any and all prior agreements or understandings between the Commission and Formals pertaining to the subject matter herein.  There are no other provisions, agreements or understandings that are contained herein; and this Decree cannot be altered by oral agreement between the parties, but only by written Court-ordered modification.

**IT IS SO ORDERED.**

~~New Orleans~~ Shreveport, Louisiana, this ___4___ day of ___Jan___, ~~1999~~ 2000

JUDGMENT ENTERED
01/05/00
BY _____
COPY _____
_____
_____

_____
UNITED STATES DISTRICT JUDGE


SUBMITTED AND APPROVED BY:


                    C. GREGORY STEWART
                    General Counsel Designate
                    No Bar Roll Number Assigned


                    _____
                    KEITH T. HILL
                    Regional Attorney
                    E.D. Bar Roll No. 15200000

5

MICHELLE T. BUTLER
Supervisory Trial Attorney
E.D. Bar Roll No. 1286

N. ELEANOR GRAHAM
Senior Trial Attorney
E. D. Bar Roll No. 23608
EQUAL EMPLOYMENT OPPORTUNITY
       COMMISSION
New Orleans District Office
701 Loyola Avenue, Suite 600
New Orleans, Louisiana  70113
Telephone:  (504) 589-6922
             (504) 589-6817
Telefax:    (504) 589-2805

EDWIN H. BYRD, III
Bar Roll Number 19509
PETTIETTE, ARMAND, DUNKELMAN,
       WOODLEY & BYRD, L.L.P.
509 Market Street, Suite 200
Post Office Box 1786
Shreveport, Louisiana 71166
Telephone: (318) 221-1800

ATTORNEYS FOR FORMALS, ETC.

6

Exhibit "A"

# <u>NOTICE</u>

Formals, Etc. is an equal opportunity employer. Discrimination or harassment on the basis of race is prohibited by Formals, Etc.'s policy, Title VII of the Civil Rights Act and other state and federal laws. Formals, Etc. is committed to the continuing enforcement of its policy prohibiting racial discrimination and harassment and violations of its policy will not be tolerated.

7